**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

ROBERT EDWARDS                                                                                          PLAINTIFF

vs.                                                              CIVIL ACTION NO. 3:15-CV-227 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the Administrative Law Judges's decision should be remanded for further proceedings. Plaintiff's **[docket no. 7]** Motion for Summary Judgment should be granted only to the extent that the case is remanded to the Commissioner; and **[docket no. 9]** Motion to Affirm the Commissioner's Decision should be denied. After having considered the reasons set forth in the Report and Recommendation and there being no objection filed by the plaintiff, this court hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED, this the 14th day of September, 2016.


                                                                                s/ HENRY T. WINGATE
                                                                                **UNITED STATES DISTRICT JUDGE**